**Order entered September 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01294-CV

**TOM KARTSOTIS, Appellant**

**V.**

**RICHARD L. BLOCH, INDIVIDUALLY AND AS A TRUSTEE OF THE RICHARD AND NANCY BLOCH FAMILY TRUST, AND NANCY BLOCH AS A TRUSTEE OF THE RICHARD AND NANCY BLOCH FAMILY TRUST, Appellees**

On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-04489

## ORDER

We **GRANT** appellees' September 4, 2015 unopposed second motion for an extension of time to file a brief. Appellees shall file their brief by **OCTOBER 6, 2015**. We caution appellees that no further extension of time will be granted absent extraordinary circumstances.

/s/ ELIZABETH LANG-MIERS
JUSTICE